IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:05CV510

| | |
|---|---|
| BARY W. THOMAS,<br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA,<br>INC., a New York Corporation; SAMSUNG<br>TELECOMMUNICATIONS AMERICA,<br>L.P., a Delaware limited partnership; and<br>PANASONIC CORPORATION OF NORTH<br>AMERICA, a Delaware Corporation,<br><br>    Defendants. | **ORDER GRANTING DEFENDANT'S<br>MOTION FOR ADMISSION<br>*PRO HAC VICE*** |

For good cause shown, and upon association of counsel admitted to practice in this Court, the Defendant's Motion to Admit Attorneys *Pro Hac Vice* is GRANTED and it is therefore ORDERED that James W. Anable, Jeffrey W. Reis and Larry T. Harris from the firm of Christensen O'Connor Johnson Kindness[PLLC], be admitted to practice in this Court *Pro Hac Vice* for the limited purpose of representing Defendant Panasonic Corporation of North America in the above-captioned lawsuit. James W. Anable, Jeffrey W. Reis and Larry T. Harris will remit to the Clerk of this Court the required special admission fee of $100 within 10 days of entry of this Order, if such fee has not already been paid.

1

**Signed: January 17, 2006**

_____
David C. Keesler
United States Magistrate Judge