IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:05CV510

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., a Delaware limited partnership; and PANASONIC CORPORATION OF NORTH AMERICA, a Delaware corporation; | ) |
| Defendants. | ) |

**ORDER**

Pursuant to Local Rule 83.1 of the United States District Court for the Western District of North Carolina, and within the discretion of the Court, the motion of Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America L.P. to have Robert T. Haslam, Michael K. Plimack, and Elizabeth S. Pehrson and the law firm Heller Ehrman, LLP appear specially in this matter is **ALLOWED**.

Signed: January 31, 2006

David C. Keesler
United States Magistrate Judge