# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Barry W. THOMAS,<br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA,<br>INC., et al.,<br>    Defendants. | Civil Action No. 3:05cv510 |

## ORDER OF DISMISSAL

Upon joint motion of plaintiff Barry W. Thomas and defendant Panasonic Corporation of North America for an order of dismissal pursuant to a confidential settlement agreement, it is hereby ORDERED that the claims of plaintiff Barry W. Thomas against Panasonic Corporation of North America and the counterclaims of Panasonic Corporation of North America against Barry W. Thomas are DISMISSED with prejudice.

Each party shall bear its own costs and attorney fees attributable to the prosecution and defense of the dismissed claims.

Signed: July 24, 2006

Robert J. Conrad, Jr.
Chief United States District Judge